IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LATUNDRA BILLUPS, *et al.*, | ) | CASE NO. |
| Plaintiffs, | ) ) ) | JUDGE |
| v. | ) ) | |
| GEORGIA HUSSEIN, | ) ) | <u>Declaration of Defendant Georgia Hussein</u> |
| Defendant. | ) | |

I, Georgia Hussein, declare under penalty of perjury that the following is true and correct:

1. In June 2015 I established my physical residence in the State of California. I intend to remain in California indefinitely.

2. I own real property in California. I do not own any real property in Ohio.

3. All of my mail is received to my address in California. None of my mail is received in Ohio.

4. I pay state and local income taxes to California. I do not pay state or local income taxes to Ohio.

5. I carry a California driver's license and my vehicles are registered in California. I do not carry an Ohio driver's license and my vehicles are no longer registered in Ohio.

6. I am registered to vote in California and have voted in elections in California. I am no longer registered to vote in Ohio.

7. I have established relationships with health care providers in California and visit them regularly. I do not have any relationships with any health care providers in Ohio.

8. I have joined a church and engage in volunteer activity in my community in California.


EXHIBIT D

The undersigned declares under penalty of perjury that the foregoing statements are made of her own knowledge and are true and correct.

_____
GEORGIA HUSSEIN

EXECUTED ON: ___9/17/2018___
　　　　　　　　DATE