IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Latundra Billups, et al., | ) | Case No. 1:18-CV-2189 |
| | ) | |
| Plaintiffs, | ) | Judge Solomon Oliver, Jr. |
| | ) | |
| v. | ) | Plaintiffs' Motion to Reschedule Settlement |
| | ) | Proceedings. |
| Georgia Hussein | ) | |
| | ) | |
| Defendant. | ) | |

Now come Plaintiffs Latundra Billups and Gladys Wade, by and through their attorneys, Blake A. Dickson and Tristan R. Serri of The Dickson Firm, L.L.C., and respectfully request that this Honorable Court reschedule the settlement proceedings which are currently scheduled to take place on June 18, 2019.

Plaintiffs' counsel is scheduled to begin a Jury Trial in the Marion County Court of Common Pleas on June 18, 2019, Case No. 2018-CV-0032. As such, Plaintiffs' counsel is unavailable on June 18, 2019 for the Settlement Proceedings in this case. Pursuant to the March 25, 2019, Order Setting Settlement Conference, Plaintiffs' counsel has conferred with Defendant Hussein's counsel.

All counsel are available on June 17, 2019.

Accordingly, Plaintiffs respectfully request that this Honorable Court reschedule the settlement proceedings to take place on June 17, 2019.

This Motion is not being made for the purpose of delay.

This Motion should be granted in the interest of justice.

        Respectfully submitted,
        THE DICKSON FIRM, L.L.C.

By:    /s Blake A. Dickson
      Blake A. Dickson (0059329)
      Tristan R. Serri (0096935)
      Enterprise Place, Suite 420
      3401 Enterprise Parkway
      Beachwood, Ohio 44122
      Telephone  (216) 595-6500
      Facsimile  (216) 595-6501
      E-Mail  BlakeDickson@TheDicksonFirm.com
      E-Mail  TristanSerri@TheDicksonFirm.com

Attorneys for Plaintiffs Latundra Billups and Gladys Wade.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing, Plaintiffs' Motion to Reschedule Settlement Proceedings, was filed this **17th day of April, 2019,** and sent via the Court's electronic filing system to the following:

Elena N. Boop, Esq.
Elizabeth M. Crook, Esq.
CITY OF CLEVELAND,
DEPARTMENT OF LAW
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114

Attorneys for Defendant Georgia Hussein.

By:    /s/ Blake A. Dickson
      Blake A. Dickson (0059329)
      Tristan R. Serri (0096935)