# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

| | |
|---|---|
| LATUNDRA BILLUPS, *et al.*, | DATE: June 17, 2019 |
| Plaintiffs, | CASE NO. 1:18CV2189 |
| vs. | JUDGE SOLOMON OLIVER |
| | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| GEORGIA HUSSEIN, | |
| Defendant | COURT REPORTER: Heidi Geizer |

| | |
|---|---|
| Attorneys for Plaintiffs: Blake Dickson | Attorney for Defendant: Keith Wolgamuth |
| Tristan Serri | Elizabeth Crook |
| | Elena Boop |
| Plaintiffs Latundra Billups | Defendant Georgia Hussein |
| Gladys Wade | Defendant representative: Barbara Langhenry |

PROCEEDINGS:   A settlement conference was conducted with the above participants. The parties were able to reach an agreement.  A Notice of Dismissal with prejudice is due by August 15, 2019.  The Court will retain jurisdiction over the parties' settlement agreement.

  6 hrs. 25 minutes
Total Time

*s/ Jonathan D. Greenberg*
United States Magistrate Judge